**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Norfolk Division)**

LEROY MCCANT JR.

Plaintiff,

v.

HOMETOWN EQUITY MORTGAGE, LLC
dba THELENDER,

PENNYMAC LOAN SERVICES, LLC,

and

LINEAR TITLE AND ESCROW LLC

Defendants

CIVIL ACTION NO.: 2:25-CV-00146

**DISMISSAL ORDER**

This matter is before the Court on the parties' Joint Stipulation of Dismissal (ECF No. 15), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court acknowledges that the dismissal is WITH PREJUDICE with each party to bear its own fees and costs. The Court DIRECTS the Clerk to close the case.

It is SO ORDERED.

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: May 22, 2025