IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

LEROY MCCANT JR.,

Plaintiff,

v. Civil Action No. 2:25-cv-146

HOMETOWN EQUITY MORTGAGE, LLC, d/b/a THELENDER, PENNYMAC LOAN SERVICES, LLC, & LINEAR TITLE AND ESCROW LLC,

Defendants.

**FINAL ORDER**

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (ECF No. 15), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court acknowledges that the dismissal of all claims is WITH PREJUDICE. The Court DIRECTS the Clerk to close the case.

The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: May 22, 2025